OPINION — AG — **** PROCEDURES TO ESTABLISH SLAUGHTERHOUSE **** SLAUGHTERHOUSES MAY BE ESTABLISHED IN MUNICIPALITIES IN OKLAHOMA ONLY IN THE LIMITED AREAS AUTHORIZED BY 50 O.S. 1971 41 [50-41] . IN GENERAL, NO SLAUGHTERHOUSE MAY BE ESTABLISHED WITHIN ONE HALF MILE OF LAND PLATTED FOR RESIDENTIAL PURPOSES. UNDER 11 O.S. 1971 1004 [11-1004](7), TOWN BOARDS OF TRUSTEES HAVE POWER TO " DIRECT THE LOCATION OF SLAUGHTERHOUSES ". IN ADDITION, PERSONS SEEKING TO ESTABLISH NEW SLAUGHTERHOUSES MUST COMPLY WITH ALL APPLICABLE ZONING ORDINANCES OF THE TOWN, CITY, OR COUNTY IN QUESTION, AS WELL AS OTHER LEGAL REQUIREMENTS. CITE: 50 O.S. 1971 44 [50-44], 75 O.S. 1971 178 [75-178], 11 O.S. 1971 568 [11-568], 11 O.S. 1971 569 [11-569] [11-569], 11 O.S. 1971 642 [11-642] 11 O.S. 1971 1004 [11-1004], 50 O.S. 1971 43 [50-43] [50-43], 11 O.S. 1971 401 [11-401] TO 412 (C. LARRY PAIN) ** SEE: OPINION NO. 74-252 (1974) ** ** SEE: OPINION NO. 74-252 (1975) **